1  EVAN R. MOSES, CA Bar No. 198095
   evan.moses@ogletree.com
2  CHRISTOPHER W. DECKER, CA Bar No. 229426
   christopher.decker@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213-239-9800
   Facsimile:   213-239-9045
6
   Attorneys for Defendant
7  P.F. CHANG'S CHINA BISTRO, INC.

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  KYLE COOKSON and EDGAR          Case No. _____
    VILLALOBOS, on behalf of
12  themselves and all others similarly   **DEFENDANT'S NOTICE OF**
    situated,                        **PARTIES WITH FINANCIAL**
13                                   **INTEREST**
                Plaintiffs,
14
          v.
15
    P.F. CHANG'S CHINA BISTRO, INC.  Complaint Filed: November 10, 2022
16  a Delaware Corporation, and DOES 1-  Trial Date:      None
    50, inclusive,                   District Judge:  None
17                                   Magistrate Judge: None
                Defendants.
18

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 40.2, Defendant P.F. Chang's China Bistro, Inc. ("Defendant") certifies that the following listed party (or parties), persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) may have a pecuniary or financial interest in the outcome of this case or in a party to the proceeding; or (ii) have a non financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

1. Plaintiff Kyle Cookson
2. Plaintiff Edgar Villalobos
3. Defendant P.F. Chang's China Bistro, Inc.
4. Wok Parent, LLC

The undersigned certifies that as of this date, other than those listed above, there are no interested parties or persons to report.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED: February 21, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
Evan R. Moses
Christopher W. Decker

Attorneys for Defendant
P.F. CHANG'S CHINA BISTRO, INC.