EVAN R. MOSES, CA Bar No. 198095
evan.moses@ogletree.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
P.F. CHANG'S CHINA BISTRO, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE COOKSON and EDGAR VILLALOBOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC. a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. _____<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: November 10, 2022<br>Trial Date: None<br>District Judge: None<br>Magistrate Judge: None |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Southern District of California Local Rule 40.2, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant P.F. Chang's China Bistro, hereby certifies that Defendant is a wholly-owned subsidiary of Wok Parent, LLC, a Delaware limited liability company, and no publicly held corporation owns 10% or more of its stock.

DATED: February 21, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Amber L. Roller*
Evan R. Moses
Christopher W. Decker

Attorneys for Defendants
P.F. CHANG'S CHINA BISTRO, INC.